UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                          :

ERIC DANIEL,                            :

                   Petitioner,      :

                            :          25-CV-5251 (JMF)

        -v-                     :

                            :             ORDER

SUPERINTENDENT,            :

                            :

                   Respondent.     :

                            :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the October 30, 2025 Order to Amend, ECF No. 7, Petitioner Eric Daniel, who is proceeding without counsel, filed an Amended Petition seeking a writ of habeas corpus under 28 U.S.C. § 2254.  *See* ECF No. 8.  Accordingly, the Clerk of Court is directed to designate this case as a Petition for Writ of Habeas Corpus (State).  The Clerk of Court is also directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated:  December 9, 2025
        New York, New York

                                         JESSE M. FURMAN
                                 United States District Judge